## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JAMES C. GREGORY                                                                                             PLAINTIFF

v.                                              No. 3:12CV00065 JLH

SCHUECK STEEL;
THOMAS SCHUECK; and LEXICON                                                                       DEFENDANTS

### ORDER

The above referenced matter was transferred from the Western District of Tennessee, Memphis Division, on March 5, 2012. Prior to transfer, plaintiff's Motion to Proceed In Forma Pauperis was granted. Therefore, plaintiff's case may proceed without prepayment of cost or fees or the necessity of giving security therefor.

IT IS THEREFORE ORDERED THAT, pursuant to Rule 4(c)(iii) of the Federal Rules of Civil Procedure, the United States Marshal for the Eastern District of Arkansas is directed to serve the summons and complaint on the defendants in this action.

The Marshal shall serve the summons pursuant to the provisions of Rule 4 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 14th day of March, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE