## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JAMES C. GREGORY                                                                                            PLAINTIFF

v.                                                No. 3:12CV00065 JLH

SCHUECK STEEL;
THOMAS SCHUECK; and LEXICON                                                             DEFENDANTS

### ORDER

The Initial Scheduling Order was filed in this matter on April 10, 2012, and instructed the parties to file their Rule 26(f) Report by July 2, 2012. The report has not been filed. Therefore, the parties are directed to file their Rule 26(f) Report by July 27, 2012.

IT IS SO ORDERED this 17th day of July, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE