**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JAMES C. GREGORY                                                                                            PLAINTIFF

v.                                            NO. 3:12CV00065 JLH

SCHUECK STEEL; THOMAS SCHUECK;
and LEXICON                                                                                                    DEFENDANTS

## ORDER

The amended final scheduling order directed the parties to submit status reports by March 14, 2013. The defendants filed their status report on March 15, 2013. The filing by defendants indicates a belief that plaintiff has moved out of state and is considering a dismissal of this case. The docket sheet does not reflect that plaintiff James C. Gregory has changed his address with the Clerk of Court as required by Eastern District of Arkansas Local Rule 5.5(c)(2).

The Court hereby directs Gregory to submit his status report by April 17, 2013, and state (1) whether he intends to pursue this case and, if so; (2) whether he will be ready for trial on May 13, 2013. Failure to do so could result in dismissal of his lawsuit without prejudice for failure to prosecute.

The Clerk is directed to mail this order to Gregory at the address listed on the docket sheet and also to 511 3rd Avenue, Seattle, Washington 98104.

IT IS SO ORDERED this 18th day of March, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE