**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JAMES C. GREGORY                                                                    PLAINTIFF

v.                                           NO. 3:12CV00065 JLH

SCHUECK STEEL; THOMAS SCHUECK;
and LEXICON                                                                          DEFENDANTS

**ORDER**

On March 18, 2013, the Court directed plaintiff to file a status report by April 17, 2013,

stating whether he intends to pursue this case, and, if so, whether he will be ready for trial on May 13,

2013.  Plaintiff was informed that failure to do so could result in dismissal of his lawsuit without

prejudice for failure to prosecute.  The Order was mailed to plaintiff at the address on file, as well as

a Seattle, Washington, address.  Plaintiff has not responded.

IT IS THEREFORE ORDERED that pursuant to Local Rule 5.5(c)(2), this case is hereby

dismissed without prejudice for plaintiff's failure to comply with the Court's order and to diligently

prosecute this action.

IT IS SO ORDERED this 18th day of April, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE